# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
ELBER EUGENE BISSELL JR  
BRENDA SUE BISSELL  
12690 PLEASANT VALLEY RD  
CHILLICOTHE, OH  45601

Case No:  06-55739

Judge:  CHARLES M. CALDWELL

SSN(S):   XXX-XX-7665  
          XXX-XX-7968

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 24, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| AMERICAN COLLECTION SYSTEMS<br>2500 CORPORATE DR STE 150<br>COLUMBUS, OH  43231 | 2.30 |